Eastern District of Kentucky
**FILED**
JAN 30 2020
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

ASHLEY PLUMLEY, §
§
Plaintiff, §
§
v. § Case No. 5:19-cv-00052-JMH
§
DIVERSIFIED CONSULTANTS, INC., §
§
Defendant. §

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, plaintiff, Ashley Plumley, and defendant, Diversified Consultants, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: January 30, 2020    _Joseph M. Hood_
JUDGE JOSEPH M. HOOD
UNITED STATES DISTRICT COURT